UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| ALAN CHRISTOPHER PREVENDAR | ) | No. 12 84398 |
| | ) | |
| Debtor. | ) | Honorable Thomas M. Lynch |

## FINAL NOTICE OF CONTINUED MOTION TO DISMISS

On February 25, 2013, at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Thomas M. Lynch, or any Judge sitting in his stead, located at the U.S. Bankruptcy Court, 327 South Church Street, Rockford, IL 61101, on the continued Motion to Dismiss, a copy of which is attached hereto and made a part hereof. You may appear if you so desire at that time and place.

/s/ Megan G. Heeg
Attorney Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street
P.O. Box 447
Dixon, IL 61021

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS. | **PROOF OF SERVICE** |
| COUNTY OF LEE | ) | |

The undersigned, being first duly sworn on oath, deposes and says that she served the within document upon:

Alan Christopher Prevendar
693 Savannah Lane
Crystal Lake, IL 60014

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street
Suite 304
Madison, WI 53715

VIA ECF Filing
Atlas Acquisitions, LLC
294 Union St.
Hackensack, NJ 07601

VIA ECF Filing
Shera L. Bucchianeri, Esq.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

by placing a true and correct copy of said document in an envelope, each addressed as is shown above. (Except for the documents to the U.S. Trustee's office, Atlas Acquisitions LLC, and Debtor's attorney, which should have been served electronically by the Bankruptcy Court).

      That she sealed said envelopes and placed sufficient U.S. postage on each; that she deposited said envelopes so sealed and stamped in the United States Mail at Dixon, Illinois, at or about the hour of 5:00 o'clock P.M. on the 4th day of February, 2013.

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL  61021
(815) 288-4949
(815) 288-3068 (FAX)
heeg@egblc.com

G:\Docs\Bkrcy\MGH\U.S. Trustee Misc\2013\prevendar final notice.docx

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| ALAN CHRISTOPHER PREVENDAR | ) | Case No. 12 84398 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

## MOTION TO DISMISS

NOW COMES the Chapter 7 Interim Trustee Megan G. Heeg, and moves the Court to dismiss the above-captioned matter, and in support thereof states that the Debtor failed to appear at the Section 341 Meeting originally scheduled for December 28, 2012, and the continued Section 341 Meeting scheduled for January 4, 2013.

WHEREFORE, the Interim Trustee moves the Court to dismiss this Chapter 7 bankruptcy proceeding.

/s/ Megan G. Heeg
Megan G. Heeg

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL  61021
(815) 288-4949
(815) 288-3068 (FAX)

G:\Docs\Bkrcy\MGH\U.S. Trustee Misc\2013\prevendar dismiss mot.docx